**Order entered December 27, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-01202-CV

**HADDINGTON FUND, LP AND JB WEALTH MANAGEMENT, LLC, Appellants**

**V.**

**BRADLEY S. KIDWELL, BRADLEY S. KIDWELL FAMILY LIMITED PARTNERSHIP, AND MARY COE KIDWELL, Appellees**

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02197-2016**

---

## ORDER

Before the Court is court reporter Latresta Ginyard's December 20, 2019 request for extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before **January 10, 2020**.


/s/    ERIN A. NOWELL
         JUSTICE